Case 2:20-cv-00125 Document 25 Filed on 10/13/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-125 |
| | § | |
| AARON RENTS INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed and signed by all parties, which the Court hereby deems effective. (D.E. 24); FED. R. CIV. P. 41(a)(1)(A)(ii). Per the stipulation, the case is dismissed with prejudice. (D.E. 24); R. 41(a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      October 13, 2020